UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

KAMAL KARNA ROY,

                                Plaintiff,

    **-v.-**

                                Civil Action No.
                                8:09-cv-403 (GLS/DRH)

USA; HARRIETSTOWN HOUSING
AUTHORITY; DEBBIE ZERRAHN;
U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, HUD; FEC;
UNO NYC, NY; ALL STATES OF USA;
STATE OF HAWAII, B.H. OBAMA; and
ALL NEWS MEDIA IN USA

                                Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                OF COUNSEL:

**FOR THE PLAINTIFF:**

KAMAL KARNA ROY
Plaintiff *Pro Se*
P.O. Box 1173
14 Kiwassa Rd
Apt. 5G
Saranac Lake, New York 12983

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge David R. Homer, duly filed April 30,

2009.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed April 30, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Roy's complaint is DISMISSED in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for Roy's failure to comply with the Court's April 8, 2009 order, and it is further

ORDERED, that the Clerk of the Court is directed to close this case, and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties in accordance with this court's local rules.

IT IS SO ORDERED.

Dated:    May 22, 2009
          Albany, New York

_____
Gary L. Sharpe
U.S. District Judge

2